PREET BHARARA  
United States Attorney for the  
Southern District of New York  
BY: KATHLEEN A. ZEBROWSKI  
86 Chambers Street  
New York, New York 10007  
Telephone No.: (212) 637-2710  
Fax No.: (212) 637-2717  

UNTIED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  

UNITED STATES OF AMERICA,  

                Plaintiff,  

    - v. -  

YITZ GROSSMAN,  

                Defendant.  
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x  

SATISFACTION OF JUDGMENT  

13 CR 0410 (NRB)  



SOUTHERN DISTRICT OF NEW YORK  

       Satisfaction is acknowledged between United States of America, plaintiff, and Yitz Grossman, defendant, for the fine in the amount of $15,000.00 and the special assessment in the amount of $100.00 amounting in all to the sum of $15,100.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 6th day of July 2015.

                              PREET BHARARA  
                              United States Attorney for the  
                              Southern District of New York  

                      By: _____  
                              KATHLEEN A. ZEBROWSKI  
                              Assistant United States Attorney  

STATE OF NEW YORK)  
COUNTY OF NEW YORK)  

       On the 9th day of April 2016, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____  
NOTARY PUBLIC  

KATHY TAYLOR  
Notary Public, State of New York  
No. 01TA5077230  
Qualified in Kings County  
Commission Expires May 5, 2019